1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                          No. C 10-2544 SI (pr)

ANTONIO SULLIVAN,                              **JUDGMENT**

          Petitioner.

_____/

     This action is dismissed because a district court cannot grant permission for a petitioner to file a second or successive petition for writ of habeas corpus.

     IT IS SO ORDERED AND ADJUDGED.

DATED: October 20, 2010                        _____
                                               SUSAN ILLSTON
                                               United States District Judge